UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED

APR 15 2026

U.S.D.C.
W.P.

SPENCER T. CRUMBSIE P-9525

_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

(WEll-PATH) NURSINg
ElizEBETH SCHWABB-RN
CORRECTION HEAlTH DOCTOR
WEST CO. JAiL (MEDiCAL) STAff

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other:    MEDICAL MALPRACTICE/ ABUSE-DIAGNOSE

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

SPENCER    T    CRUMBSIE
First Name    Middle Initial    Last Name

NONE

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

P-9525

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

WESTCHESTER CO. JAIL
Current Place of Detention

10 WOODS ROAD
Institutional Address

WEST CO. VALHALLA    N.Y.    10595
County, City    State    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other:

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:  EliZEBETH   SCHWABB           NONE
(Well → First Name              Last Name              Shield #
 PATH)   R.N. NURSE FOR I-Block INFIRMARY
        Current Job Title (or other identifying information)
        10 WOODS ROAD.              WEST CO. JAIL
        Current Work Address
        VALHALLA          N.Y.            10595
        County, City              State            Zip Code

Defendant 2:      DONT KNOW
        First Name              Last Name              Shield #

        INFIRMARY DOCTOR
        Current Job Title (or other identifying information)
        10  WOODS RD.
        Current Work Address
        VALHALLA          N.Y.            10595
        County, City              State            Zip Code

Defendant 3:  _____
        First Name              Last Name              Shield #

        _____
        Current Job Title (or other identifying information)

        _____
        Current Work Address

        _____
        County, City              State            Zip Code

Defendant 4:  _____
        First Name              Last Name              Shield #

        _____
        Current Job Title (or other identifying information)

        _____
        Current Work Address

        _____
        County, City              State            Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: WESTCHESTER CO. JAIL I-BLOCK (INFIRMARY)

Date(s) of occurrence: APRIL 7, 2026    VIDEO EVIDENCE

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON ABOUT APRIL 7, 2026, I WAS IN ROOM 6. THIS NURSE E. SCHWABB HAS A HISTORY OF AIDING & BETTING WITH CORRECTIONS. ILLEAGALLY DISCHARGE(ing) INMATES BEFORE THERE MEDICALLY FIT FOR POPULATION IN COMPLIANCE WITH CORRECTION (CONTROL & MOVEMENT) → GIVING-INMATE WRONG MEDICATION AND ALSO USING IT HERSELF. I PERSONALLY OBSERVED! NOW I WAS DISCHARGE CHRONIC WITH A ~~CHRONIC~~ CHORNIC HEART ISSUE. BLOOD PRESSURE SINCE I'VE BEEN IN THE INFIRMARY – WAS 210/135 – 195/115. – 193/127. THESE ARE THE NUMBERS OF A PATIENT WHOM ARE CLOSE TO HAVING A STROKE/HEART ATTACK. WELL KNOW TO THE MEDICAL WORLD. CHEST PAIN & DIZZENESS EVERY DAY. MEDICATION WAS NOT WORKING. AND I HAVE PAIN, NAUSEA, SHARP STABBING PAIN IN CHEST & NUMBNESS THROUGHOUT ARM INTO CHEST CAVITY! THIS NURSE ALONG WITH DOCTOR WHO WORK IN INFIRMARY KNEW THIS. I BARELY COULD WALK! lEGS SWOLLEN ALSO. AND STILL I WAS DISCHARGE ILLEAGALLY!! FOR SPACE FOR SOMEONE WITH LESS MEDICAL ISSUE!!
I WAS ALSO GIVEN WRONG MEDICATION!
I TRIED TO HOLD MEDS, BUT IT WAS (MEDS FOR EVIDENCE)
TAKEN FROM ME! QUICKly!

Page 4

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

CLOSE TO HAVING STROKE/HEART ATTACK

I AM 69 YRS OLD.
BIRTH DATE 10/17/56

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

MEDICAL MALPRACTICE — #1 MILLION
MEDICAL ABUSE #500K
CRUEL & UNUSAL PUNISHMENT #500K

SUEING WELL PATH MEDICAL
TOTAL #2 MILLION
DOLLARS
DAMAGES

Page 5

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.


Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| APRIL 11TH | _Plaintiff's Signature_ |
| Dated | Plaintiff's Signature |
| SPENCER           T. | CRUMBSIE |
| First Name    Middle Initial | Last Name |
| 10 WOODS ROAD | |
| Prison Address | |
| VALHALLA                     N.Y. | 10595 |
| County, City              State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

S. CRUMBSIE P-9525
P.O BOX 10.
VALHALLA N.Y.
    10595

PRO SE

OFFICE

WESTCHESTER NY 105

CLERK OF COURT 2026 PM 3 L
U.S  DISTRICT  COURT
SOUTHERN DISTRICT OF NEW YORK
CHARLES L. BREANT JR.
FEDERAL BUILDING AND U.S. COURT HOUSE
300 QUARROPAS STREET
WHITE PLAINS N.Y 1060
OFFICAL  BUSINESS

FOREVER / USA

RECEIVED
APR 15 2026
U.S.D.C.
W.P

10601-414000